FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 27  AM 11: 45

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**KENNETH ROBY**                                    **CIVIL ACTION**

**VERSUS**                                          **NO. 04-3096**

**MARISA LIATEAU, ET AL**                           **SECTION "F" (3)**

## REPORT AND RECOMMENDATION

The matter is before the undersigned pursuant to an automatic referral. On November 17,

2004, *pro se* plaintiff, Kenneth Roby ("Roby"), filed this action pursuant to Title VII of the Civil

Rights Act of 1964 as amended, alleging gender discrimination and retaliation.

On January 31, 2005, this Court set this matter for a Rule 4(m) call docket hearing to

commence on February 16, 2005 at 11:00 A.M.[1] Roby failed to appear before the undersigned

Magistrate Judge as ordered. At the time of the February 16, 2005 hearing, this Court passed the

matter for thirty (30) days and rescheduled the Rule 4(m) call docket hearing for Wednesday,

March 16, 2005 at 11:00 A.M.[2]  Plaintiff failed to appear but presented himself in Chambers

after the hearing. At that time, plaintiff was advised that he must serve the defendants no later

than April 15, 2005.[3] Since that time, plaintiff's claim against Marisa  Liateau was dismissed for

---

[1]*See* Minute Entry dated January 31, 2005 [Rec. Doc. No. 4].

[2]*See* Minute Entry dated February 16, 2005 [Rec. Doc. No. 5].

[3]*See* Minute Entry dated March 16, 2005 [Rec. Doc. No. 9].



failure to prosecute.[4]

On December 7, 2005, this Court conducted its third call docket hearing in this matter. Roby appeared before the undersigned Magistrate Judge as ordered and was again instructed that within thirty (30) days he must (1) effect proper service on TGI Fridays and (2) seek entry of default judgment against defendant Les Dominick.[5]   Plaintiff was further instructed that, in the event that he should again fail to comply with this Court's instructions, to effect proper service and seek entries of default against defendants who have not answered, there will be no further hearing.  Plaintiff was specifically advised that the failure to comply with the undersigned Magistrate Judge's orders on or before Friday, January 6, 2006 shall result in the issuance of a report to the district judge recommending dismissal of the plaintiff's case for failure to prosecute. [Rec. Doc. No. 20].

Instead of following this Court's prior orders, plaintiff with leave of Court amended his complaint a second time to add yet another party, Donald Melancon (franchise owner), who admittedly has not been served to date.[6]  On January 12, 2006, plaintiff filed correspondence addressed to the undersigned Magistrate Judge seeking advice as to how to prosecute Les Dominick and noting that he had "a possible lead as to his (Donald Melancon's) whereabouts." [Rec. Doc. No. 25].  This case has been pending for well-over a year (since November of 2004)

---

[4]*See* Order Adopting the Report and Recommendation of the Magistrate Judge dated May 26, 2005.

[5]*See* Minute Entry Order dated August 24, 2005 (instructing Roby to serve TGI Fridays and seek default judgments as against the defendants who have not answered the complaint) [Rec. Doc. No. 16].

[6]*See* Motion to Amend to Add Donald Melancon [Rec. Doc. No. 19]; Amended Complaint Adding Donald Melancon as a Defendant filed December 7, 2005 (i.e., the date of the third rule to show cause hearing) [Rec. Doc. No. 21]; Amended Complaint Adding Les Dominick as a Defendant filed March 16, 2005 [Rec. Doc. No. 6].

and no progress has been made toward the prosecution of plaintiff's claims against any of the defendants named in this case.

Accordingly and considering that the plaintiff has been given ample instructions, several opportunities to be heard and ample opportunity to effect service and/or to seek the entry default as previously instructed,

**IT IS RECOMMENDED** that the plaintiff's case be DISMISSED FOR FAILURE TO PROSECUTE.

New Orleans, Louisiana this _27th_ day of January, 2006.

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

Clerk to serve plaintiff, Kenneth Roby,
*via* certified and regular mail.