FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 15 PM 4: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH ROBY** | CIVIL ACTION |
| **VERSUS** | NO. 04-3096 |
| **MARISA LIATEAU, ET AL** | SECTION "F" (3) |

### O R D E R

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation [Rec. Doc. No. 26] and the plaintiff's failure to file any objections to the aforesaid Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the plaintiff's case be DISMISSED in its entirety for FAILURE TO PROSECUTE.

New Orleans, Louisiana, this 15th day of February, 2006.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE